

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Felicia Pierce, Appellant

No. 06-17-00013-CV     v.

Debbie Blalack, et al., Appellees

Appeal from the County Court at Law No. 2 of Gregg County, Texas (Tr. Ct. No. 2015-1679-CCL2). Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Felicia Pierce, has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED SEPTEMBER 29, 2017
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk